THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALDEN SPEARES SONS COMPANY, Appellant, *v.* LAWSON PURDY et al., as Commissioners of Taxes and Assessments of the City of New York, Respondents.

*People ex rel. Speares Sons Co.* v. *Purdy*, 143 **App. Div.** 929, affirmed.

(Argued May 30, 1911; decided June 13, 1911.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 17, 1911, which affirmed an order of Special Term dismissing a writ of certiorari and confirming an assessment upon the capital stock of the relator.

*Charles H. Luscomb* for appellant.

*Archibald R. Watson, Corporation Counsel* (*Curtis A. Peters* and *William H. King* of counsel), for respondents.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, WERNER, WILLARD BARTLETT, CHASE and COLLIN, JJ.